IT IS SO ORDERED.

*/s/ Darrell A. Clay*
9/6/2022
Darrell A. Clay, U.S.M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DANNIELLE FLAHERTY,** | : |
| Plaintiff, | : |
| | : Case No. 3:21-cv-01845-DAC |
| v. | : |
| **SURFACE COMBUSTION, INC.** | : |
| | : Magistrate Judge Darrell A. Clay |
| Defendant. | : |

## STIPULATED DISMISSAL ENTRY

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii). Each party shall bear its own attorneys' fees and costs. Any remaining court costs shall be borne equally by the parties. The Court retains jurisdiction to enforce the terms of the Settlement and Release Agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Jason E. Starling* | */s/ Nathan J. Pangrace* |
| Jason E. Starling (0082619) | Nathan J. Pangrace (0084191) |
| jstarling@willisattorneys.com | npangrace@littler.com |
| Kevin R. Kelleher (0099167) | |
| kkelleher@willisattorneys.com | LITTLER MENDELSON P.C. |
| | Key Tower |
| WILLIS SPANGLER STARLING | 127 Public Square |
| 4635 Trueman Boulevard, Suite 100 | Suite 1600 |
| Hilliard, OH 43026 | Cleveland, OH 44114-9612 |
| Telephone: 614.586.7915 | Telephone: 216.696.7600 |
| Facsimile: 614.586.7901 | Facsimile: 216.696.2038 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dannielle Flaherty | Surface Combustion, Inc. |

## CERTIFICATE OF SERVICE

    I hereby certify that on Tuesday, September 6, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                          /s/ *Nathan J. Pangrace*
                                          Nathan J. Pangrace

                                          One of the Attorneys for Defendant

4867-4947-8193.1 / 115033-1001